UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HAND & NAIL HARMONY, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GUANGZHOU COCOME COSMETICS CO., LTD., *et al.*, <br><br> Defendants. | Case No. 2:14-cv-01106-RFB-CWH <br><br> **ORDER** |

On July 15, 2014, this Court entered a Temporary Restraining Order. ECF No. 23. On July 15, pursuant to that Temporary Restraining Order, the United States Marshals seized and turned over to the Clerk of Court one L&M Poster and 147 Gel Air Bottles (the "Seized Material"). ECF No. 25.

On July 28, 2015, the Court issued an Order to Show Cause why the Seized Material should not be disposed of by the Clerk of Court, in accordance with the terms of the Temporary Restraining Order. ECF No. 47. Any party wishing to show cause was required to do so by August 3, 2015. No party responded.

Accordingly, IT IS ORDERED that the Clerk of Court dispose of the Seized Material.

DATED: August 12, 2015.

_____
RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE